**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**CHELSEA DAWSON**                                                                **PLAINTIFF**

 **VS.**                         **CASE NO.   2:26-CV-00086-JM**

**LENNOX INTERNATIONAL INC**                                          **DEFENDANT**

## ORDER

Pursuant to General Order No. 29, the Clerk has been delegated the authority to provisionally approve Applications to Proceed In District Court Without Prepaying Fees or Costs that are filed in Civil Rights cases under 42 U.S.C. § 2000(e) and to promptly file the Complaint. Therefore, the Application is hereby granted.

IT IS SO ORDERED this 2nd day of June, 2026.

AT THE DIRECTION OF THE COURT
TAMMY H. DOWNS, CLERK


By:   L. Beatty
          Deputy Clerk